FILED

02/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0498

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0498

---

GREENER MONTANA PROPERTY
MANAGEMENT, LLC, TRAVIS
MARTINEZ, Individually and
KRISTYN MARTINEZ, Individually,

           Plaintiffs and
           Appellees,

      v.

HYDI CUNNINGHAM,

           Defendant and
           Appellant.

ORDER

---

The National Consumer Law Center (NCLC has filed a Motion for Leave to File an Amicus Curiae Brief. Counsel for the Defendant-Appellant and Plaintiffs-Appellees were contacted by counsel for NCLC and do not object.

IT IS HEREBY ORDERED that the motion to file an amicus brief is GRANTED.

IT IS FURTHER ORDERED that NCLC's amicus brief shall be filed on or before February 16, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 15 2023